<hr />

## THE STATE VS. GRACE.

In an indictment for playing cards on Sunday, it is not necessary to allege the name of the game played. (*Stogden vs. The State,* 18 *Ark.* 186.)

*Error  to  Jefferson  Circuit  Court.*

Hon. John C. Murray, Circuit Judge.

Mr. Attorney General Hollowell, for the State.

Mr. Justice Compton delivered the opinion of the Court.

The defendant in error was indicted under *sec.* 9, *chap.* 51, *Gould's  Dig.,* for playing cards on Sunday.

On motion of the defendant, the court quashed the indictment,

because it did not allege the name of the game played. According to the principle decided in *Slogdcn vs. State*, 18 *Ark.* 186, such allegation was not necessary. See also *The State vs. Purnell*, 16 *Ark.* 507-8.

The judgment must be reversed.